✎ AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**FILED**

**OCT 2 5 2007**

For the    District of    Columbia

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN A. MCGEE

    Plaintiff

    V.

UNITED STATES, ET AL
(Defendants Named In Caption)

    Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: *07-1923*

I, __Steven A. McGee #10511-040__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

     If "Yes," state the place of your incarceration __LSCI Allenwood, PO Box 1000,White Deer, Pa.__
                                                                    17887

     Are you employed at the institution? __Yes__ Do you receive any payment from the institution? **5.25mth.**

     Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

     a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. **I have been out of work since my arrest in 2001. Prior to that point,I managed real estate as a self-employed proprietor.**

     b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

     a. Business, profession or other self-employment    ☐ Yes    ☒ No
     b. Rent payments, interest or dividends    ☐ Yes    ☒ No
     c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
     d. Disability or workers compensation payments    ☐ Yes    ☒ No
     e. Gifts or inheritances    ☐ Yes    ☒ No
     f. Any other sources    ☒ Yes    ☐ No

**RECEIVED**

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

AO 240 Reverse (Rev. 10/03)

The money deposited in my inmate trust account has been **borrowed** from my neighbor and attorney-in-fact, Charles Smith, as documented in the attached Affidavit with accompanying ledger and record, to pay for my legal expenses while incarcerated, and must be **repaid.**

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    **None**

I declare under penalty of perjury that the above information is true and correct.

September 14, 2007 _____    _Steven J. Mc'Ser_ _____
        Date                                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: __Steven A. McGee__ v. __United States, et al__

Civil Action No. _____

I, __Steven A. McGee__ # __10511-040__, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the ~~$150.00~~ $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the ~~$150.00~~ $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_Steven A. McGee_
Signature of Plaintiff

07-1923
**FILED**
OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Inmate Statement

🖶 PRINT

| | | |
|---|---|---|
| **Inmate Reg#:** | 10511040 | **Current Institution:** Allenwood FCC |
| **Inmate Name:** | MCGEE, STEVEN | **Housing Unit:** ALF-B-A |
| **Report Date:** | 08/12/2007 | **Living Quarters:** B04-501L |
| **Report Time:** | 1:09:03 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 8/9/2007 11:31:04 AM | 18 | | | Sales | ($39.55) | | $126.35 |
| ALX | 8/6/2007 9:43:12 PM | TFN0806 | | | Phone Withdrawal | ($6.00) | | $165.90 |
| ALX | 8/6/2007 9:24:18 AM | GIPP0707 | | | Payroll - IPP | $5.25 | | $171.90 |
| ALX | 8/3/2007 5:12:37 PM | 70188601 | | | Lockbox - CD | $100.00 | | $166.65 |
| ALX | 7/25/2007 5:24:31 PM | 78 | | | Sales | ($25.50) | | $66.65 |
| ALX | 7/19/2007 12:35:47 PM | 47 | | | Sales | ($6.55) | | $92.15 |
| ALX | 7/17/2007 8:29:31 AM | GJV00043 | | | Photo Copies | ($7.20) | | $98.70 |
| ALX | 7/16/2007 10:08:00 PM | TFN0716 | | | Phone Withdrawal | ($5.00) | | $105.90 |
| ALX | 7/14/2007 10:12:46 PM | TFN0714 | | | Phone Withdrawal | ($3.00) | | $110.90 |
| ALX | 7/12/2007 12:06:20 PM | 47 | | | Sales | ($26.25) | | $113.90 |
| ALX | 7/7/2007 10:06:13 PM | TFN0707 | | | Phone Withdrawal | ($4.00) | | $140.15 |
| ALX | 7/6/2007 3:01:53 PM | GIPP0607 | | | Payroll - IPP | $5.25 | | $144.15 |
| ALX | 7/6/2007 12:56:46 PM | GJV00043 | | | Photo Copies | ($2.10) | | $138.90 |
| ALX | 7/6/2007 11:26:18 AM | 17 | | | Sales | ($8.00) | | $141.00 |
| ALX | 7/6/2007 11:25:34 AM | 16 | | | Sales | ($16.05) | | $149.00 |
| ALX | 6/27/2007 12:10:11 PM | 44 | | | Sales | $0.00 | | $165.05 |
| ALX | 6/25/2007 8:48:09 PM | TFN0625 | | | Phone Withdrawal | ($7.00) | | $165.05 |
| ALX | 6/20/2007 5:13:38 PM | 51 | | | Sales | $0.00 | | $172.05 |
| ALX | 6/17/2007 5:16:31 PM | 70185302 | | | Lockbox - CD | $100.00 | | $172.05 |
| ALX | 6/14/2007 9:34:35 AM | GJV00039 | | | Photo Copies | ($4.05) | | $72.05 |
| ALX | 6/13/2007 12:23:27 PM | 35 | | | Sales | ($33.45) | | $76.10 |
| ALX | 6/8/2007 3:09:44 PM | GIPP0507 | | | Payroll - IPP | $5.25 | | $109.55 |
| ALX | 6/7/2007 5:08:20 AM | 70184601 | | | Lockbox - CD | $100.00 | | $104.30 |
| ALX | 6/6/2007 12:02:19 PM | 35 | | | Sales | ($31.95) | | $4.30 |
| ALX | 5/31/2007 5:32:54 PM | 30 | | | Sales | ($25.60) | | $36.25 |
| ALX | 5/23/2007 12:27:37 PM | 13 | | | Sales | ($30.60) | | $61.85 |
| ALX | 5/16/2007 5:11:33 PM | 87 | | | Sales | ($16.60) | | $92.45 |
| ALX | 5/9/2007 2:53:53 PM | GJV00034 | | | Photo Copies | ($8.40) | | $109.05 |
| ALX | 5/8/2007 7:28:32 AM | 9 | | | Sales | ($27.05) | | $117.45 |
| ALX | 5/8/2007 5:13:50 AM | 70182501 | | | Lockbox - CD | $100.00 | | $144.50 |
| ALX | 5/4/2007 3:05:48 PM | 002081 | | | FRP Monthly Pymt | ($25.00) | | $44.50 |
| ALX | 5/4/2007 2:52:00 PM | GIPP0407 | | | Payroll - IPP | $11.60 | | $69.50 |
| ALX | 5/1/2007 6:43:45 AM | 9 | | | Sales | ($30.10) | | $57.90 |
| ALX | 4/24/2007 7:48:49 AM | 13 | | | Sales | ($12.10) | | $88.00 |
| ALX | 4/17/2007 3:28:53 PM | GJV00032 | | | Photo Copies | ($32.10) | | $100.10 |
| ALX | 4/17/2007 | 23 | | | Sales | ($20.45) | | $132.20 |

eStatementCombined

| | | | | | | |
|---|---|---|---|---|---|---|
| ALX | 4/13/2007<br>7:42:43 AM | 70180801 | Lockbox - CD | $150.00 | | $152.65 |
| ALX | 4/11/2007<br>5:11:24 AM | 61 | Sales | ($37.80) | | $2.65 |
| ALX | 4/9/2007<br>12:22:48 PM | TFN0409 | Phone Withdrawal | ($3.00) | | $40.45 |
| ALX | 4/6/2007<br>9:44:03 PM | 002073 | FRP Monthly Pymt | ($25.00) | | $43.45 |
| ALX | 4/6/2007<br>3:29:27 PM | GIPP0307 | Payroll - IPP | $28.20 | | $68.45 |
| ALX | 4/4/2007<br>3:17:25 PM | 97 | Sales | ($60.25) | | $40.25 |
| ALX | 4/3/2007<br>6:15:16 PM | TFN0403 | Phone Withdrawal | ($4.00) | | $100.50 |
| ALX | 3/29/2007<br>9:37:06 PM | TFN0329 | Phone Withdrawal | ($6.00) | | $104.50 |
| ALX | 3/25/2007<br>9:54:15 PM | 70179402 | Lockbox - CD | $100.00 | | $110.50 |
| ALX | 3/21/2007<br>5:11:44 AM | TFN0321 | Phone Withdrawal | ($6.00) | | $10.50 |
| ALX | 3/20/2007<br>9:33:58 PM | 88 | Sales | ($44.15) | | $16.50 |
| ALX | 3/19/2007<br>5:41:54 PM | TFN0319 | Phone Withdrawal | ($6.00) | | $60.65 |
| ALX | 3/13/2007<br>9:47:35 PM | 31 | Sales | ($9.15) | | $66.65 |
| ALX | 3/9/2007<br>11:57:52 AM | TFN0309 | Phone Withdrawal | ($7.00) | | $75.80 |

9:37:48 PM

1 2 3 4

Total Transactions: 152

Totals:    $126.35    $0.00

### Current Balances

| Alpha Code | Available<br>Balance | Pre-Release<br>Balance | Debt<br>Encumbrance | SPO<br>Encumbrance | Other<br>Encumbrance | Outstanding<br>Instruments | Administrative<br>Holds | Account<br>Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $126.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $126.35 |
| Totals: | $126.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $126.35 |

eeStatementCombined

## Inmate Statement

| | |
|---|---|
| **Inmate Reg #:** 10511040 | **Current Institution:** Allenwood FCC |
| **Inmate Name:** MCGEE, STEVEN | **Housing Unit:** ALF-B-A |
| **Report Date:** 08/12/2007 | **Living Quarters:** B04-501L |
| **Report Time:** 1:09:16 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 3/9/2007 2:54:11 PM | 002062 | | | FRP Monthly Pymt | ($25.00) | | $82.80 |
| ALX | 3/9/2007 2:52:22 PM | GIPP0207 | | | Payroll - IPP | $5.25 | | $107.80 |
| ALX | 3/6/2007 11:35:03 AM | 18 | | | Sales | ($37.95) | | $102.55 |
| ALX | 3/6/2007 5:19:35 AM | 70178001 | | | Lockbox - CD | $100.00 | | $140.50 |
| ALX | 3/4/2007 9:30:54 PM | TFN0304 | | | Phone Withdrawal | ($4.00) | | $40.50 |
| ALX | 3/2/2007 3:21:21 PM | GJV00026 | | | Photo Copies | ($26.25) | | $44.50 |
| ALX | 3/1/2007 9:51:19 PM | TFN0301 | | | Phone Withdrawal | ($6.00) | | $70.75 |
| ALX | 2/27/2007 4:52:55 PM | 11 | | | Sales | ($23.55) | | $76.75 |
| ALX | 2/25/2007 9:22:49 PM | TFN0225 | | | Phone Withdrawal | ($3.00) | | $100.30 |
| ALX | 2/21/2007 11:53:12 AM | 39 | | | Sales | ($23.40) | | $103.30 |
| ALX | 2/20/2007 12:10:26 AM | GALXD048 - 1669 | | | Debt Encumbrance - Released | | $25.30 | -------- |
| ALX | 2/20/2007 12:10:26 AM | GALXD048 - 1641 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| ALX | 2/20/2007 12:10:26 AM | GALXD048 | | | Photo Copies | ($30.30) | | $126.70 |
| ALX | 2/19/2007 5:10:39 AM | 70177003 | | | Lockbox - CD | $100.00 | | $157.00 |
| ALX | 2/19/2007 5:10:39 AM | GALXD048 - 1669 | | | Debt Encumbrance | | ($25.30) | -------- |
| ALX | 2/17/2007 10:36:47 PM | TFN0217 | | | Phone Withdrawal | ($8.00) | | $57.00 |
| ALX | 2/16/2007 10:37:09 AM | GJV00020-V | | | Photo Copies | $60.00 | | $65.00 |
| ALX | 2/13/2007 1:44:03 PM | GALXD048 - 1641 | | | Debt Encumbrance | | ($5.00) | -------- |
| ALX | 2/13/2007 12:15:09 PM | 65 | | | Sales | ($23.40) | | $5.00 |
| ALX | 2/13/2007 12:13:36 PM | 64 | | | Sales | ($7.60) | | $28.40 |
| ALX | 2/12/2007 8:50:57 AM | GJV00020 | | | Photo Copies | ($60.00) | | $36.00 |
| ALX | 2/12/2007 12:10:04 AM | GALXD046 - 1631 | | | Debt Encumbrance - Released | | $54.75 | -------- |
| ALX | 2/12/2007 12:10:04 AM | GALXD046 - 1543 | | | Debt Encumbrance - Released | | $5.25 | -------- |
| ALX | 2/12/2007 12:10:04 AM | GALXD046 | | | Photo Copies | ($60.00) | | $96.00 |
| ALX | 2/11/2007 5:12:25 AM | 70176502 | | | Lockbox - CD | $100.00 | | $156.00 |
| ALX | 2/11/2007 5:12:25 AM | GALXD046 - 1631 | | | Debt Encumbrance | | ($54.75) | -------- |
| ALX | 2/9/2007 2:40:46 PM | GIPP0107 | | | Payroll - IPP | $5.25 | | $56.00 |
| ALX | 2/9/2007 2:40:46 PM | GALXD046 - 1543 | | | Debt Encumbrance | | ($5.25) | -------- |
| ALX | 2/6/2007 9:55:13 PM | TFN0206 | | | Phone Withdrawal | ($9.00) | | $50.75 |
| ALX | 2/6/2007 5:16:18 PM | 21 | | | Sales | ($40.55) | | $59.75 |
| ALX | 2/6/2007 4:33:38 PM | TFN0206 | | | Phone Withdrawal | ($4.00) | | $100.30 |
| ALX | 2/5/2007 9:31:09 AM | GJV00020 | | | Photo Copies | ($10.80) | | $104.30 |
| ALX | 2/5/2007 9:30:45 AM | GJV00020 | | | Photo Copies | ($15.75) | | $115.10 |
| ALX | 2/5/2007 5:15:32 AM | 70176003 | | | Lockbox - CD | $100.00 | | $130.85 |
| ALX | 2/2/2007 10:13:14 PM | TFN0202 | | | Phone Withdrawal | ($4.00) | | $30.85 |
| ALX | 1/30/2007 | 43 | | | Sales | ($23.40) | | $34.85 |

UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

## AFFIDAVIT OF STEVEN A. MCGEE IN SUPPORT OF APPLICATION

### TO PROCEED IN FORMA PAUPERIS,

### REGARDING FUNDS DEPOSITED IN INMATE TRUST ACCOUNT

State of Pennsylvania )
County of Union ) ss:
)

I, Steven A. McGee, being duly sworn, depose and state that
this Affidavit is made on personal knowledge, and if sworn as a
witness, I can testify competently to the following facts:

(1)  I was indicted by a Federal grand jury on May 24, 2001 on
charges including a Forfeiture Count.

(2)  In the course of my prosecution in case #1:01-CR-122 in the
Western District of Michigan, the U.S. District Court forfeited
everything earned or acquired in my lifetime, $250,000.00 in real
property and assets, including my life savings, without any conviction
having attached for a criminal offense, without an Acceptance of a
plea, and without the valid and final judgment of a court of law,
impoverishing me.

(3)  In March of 2004, with my case still not finalized, I Motioned
the U.S. District Court to proceed pro se and informa pauperis, which
was granted, and I was appointed stand-by counsel under the Criminal
Justice Act 18 USC 3006A

(4)  While representing myself pro se in 2004 prior to sentencing,
I contacted a friend and neighbor of mine, Charles Smith of Kalamazoo,
Michigan, and requested that he assist me in defending myself in
Federal court by becoming my attorney-in-fact.

(5)  Charles Smith agreed to assist in my defense and become my
attorney-in-fact, and also agreed to loan me money needed to fight my
criminal case and appeals as needed, to be repaid after I was released

from prison, or else recovered damages from contemplated civil actions to recover my expropriated property.

(6)   Charles Smith began depositing funds in my inmate account while I was incarcerated  in the Newaygo County Jail awaiting sentencing in the spring of 2004, and began keeping an exact log and record [Attch. **Ex.A**] of all expenditures relating to my legal defense.

(7)   As documented in the exact log and record kept by attorney-in-fact Smith [Attch.**ExA**] in comparison with the record of      my inmate commissary account, <u>all of the funds deposited in my inmate trust account over the past six months represents money that has been **borrowed** from Charles Smith</u>, and **must someday be repaid.** The amount that I am currently indebted to Charles Smith for money he has loaned me while incarcerated is $8,835.05. Further Affiant saiths not.

EXECUTED   _8|28|07_                          _Steven A. McGee_
                                                    Steven A. McGee

    On this _28th_ day of August 2007 before me a Notary Public in and for said County appeared Steven A. McGee, to me known to be the same person described in and who executed the foregoing instrument and then acknowledged the same to be his free act and deed.

Steven A. McGee                ✓   State of Pennsylvania )
#10511-040                                                 ) ss:
LSCI Allenwood                       County of Union     )
P.O. Box 1000
White Deer, Pa. 17887

                                          _J. Ciepiela_
                                    NOTARIAL SEAL
                                JoAnne M. Ciepiela, Notary Public
                                    Gregg Twp., Union County
                                My commission expires January 6, 2008

Register

Steve McGee                                                                                     Page 1
3/7/2007

| Date | Num | Transaction | Spend | C | Receive | Balance |
|---|---|---|---|---|---|---|
| 4/25/2004 | | Fuel | 40.00 | | | 86.05 |
| 4/25/2004 | | Cash At Jail | 140.00 | | | -53.95 |
| 4/26/2004 | | Postage | 56.35 | | | -110.30 |
| 4/26/2004 | | Copies | 29.68 | | | -139.98 |
| 4/27/2004 | | Postage | 13.65 | | | -153.63 |
| 4/28/2004 | | Postage | 17.15 | | | -170.78 |
| 4/28/2004 | | Copies | 8.11 | | | -178.89 |
| 5/2/2004 | | Fuel | 47.00 | | | -225.89 |
| 5/2/2004 | | Copies | 5.51 | | | -231.40 |
| 5/3/2004 | | Postage Stamps<br>memo:    sent to Steve | 14.80 | | | -246.20 |
| 5/3/2004 | | Postage | 17.50 | | | -263.70 |
| 5/7/2004 | | Sale Of Irish Folk Harp | | | 350.00 | 86.30 |
| 5/7/2004 | | Postage | 17.50 | | | 68.80 |
| 5/10/2004 | | Cash Sent To Jail In Money Order<br>cat:    Cash | 101.00 | | | -32.20 |
| 5/12/2004 | | Copies | 3.87 | | | -36.07 |
| 5/12/2004 | | Printer Cartridge | 36.03 | | | -72.10 |
| 5/12/2004 | | Postage | 13.65 | | | -85.75 |
| 5/13/2004 | | Land Contract Pmt. | 194.14 | | | -279.89 |
| 5/15/2004 | | Telephone Bill | 250.18 | | | -530.07 |
| 5/17/2004 | | Copies | 4.13 | | | -534.20 |
| 5/17/2004 | | Postage | 14.71 | | | -548.91 |
| 5/19/2004 | | Postage | 4.68 | | | -553.59 |
| 5/21/2004 | | Telephone Bill | 74.00 | | | -627.59 |
| 5/21/2004 | | Fuel | 57.00 | | | -684.59 |
| 5/24/2004 | | Copies At Library | 13.00 | | | -697.59 |
| 5/24/2004 | | Copies At Office Max<br>memo:    used 10.00 off coupon | 14.18 | | | -711.77 |
| 5/24/2004 | | Postage | 13.65 | | | -725.42 |
| 5/25/2004 | | Copies At Court | 19.50 | | | -744.92 |
| 5/25/2004 | | Copies  At Office Max | 2.07 | | | -746.99 |
| 5/27/2004 | | Fuel | 30.00 | | | -776.99 |
| 5/28/2004 | | Money Order Mailed To Milan<br>cat:    Cash | 200.00 | | | -976.99 |
| 5/28/2004 | | Office Max<br>memo:    paper file folder | 9.44 | | | -986.43 |
| 5/28/2004 | | Copies | 6.71 | | | -993.14 |
| 5/28/2004 | | Postage | 16.78 | | | -1,009.92 |
| 6/1/2004 | | Postage | 8.15 | | | -1,018.07 |
| 6/7/2004 | | Postage | 6.15 | | | -1,024.22 |
| 6/7/2004 | | 2 Broadcast VHS Blank Videotapes For Ev... | 6.36 | | | -1,030.58 |
| 6/8/2004 | | Fuel | 25.00 | | | -1,055.58 |
| 6/8/2004 | | Copies At GR Courthouse 101-cr-122 | 75.50 | | | -1,131.08 |

Register

Steve McGee
8/7/2007

| Date | Num | Transaction | Spend | C | Receive | Balance |
|------|-----|-------------|-------|---|---------|---------|
| 6/8/2004 | | Copies At Office Depot In GR Of Above Do... | 9.70 | | | -1,140.78 |
| 6/8/2004 | | Postage | 6.25 | | | -1,147.03 |
| 6/9/2004 | | Copies | 4.88 | | | -1,151.91 |
| 6/9/2004 | | Postage | 6.15 | | | -1,158.06 |
| 6/9/2004 | | Postage | 6.15 | | | -1,164.21 |
| 6/14/2004 | | Copies | 2.86 | | | -1,167.07 |
| 6/14/2004 | | Postage | 8.83 | | | -1,175.90 |
| 6/15/2004 | | Copies | 9.70 | | | -1,185.60 |
| 6/15/2004 | | Postage | 4.30 | | | -1,189.90 |
| 6/16/2004 | | Telephone Bill<br>memo:    19 collect calls from Newaygo 4/30 thru 5/24 | 174.46 | | | -1,364.36 |
| 6/16/2004 | | Land Contract Pmt.<br>memo:    for June '04 | 194.14 | | | -1,558.50 |
| 6/21/2004 | | Western Union Money Sent To Steve<br>cat:    Cash<br>memo:    includes  16.00 fee to send $ | 166.00 | | | -1,724.50 |
| 6/22/2004 | | Book Order From Oceana Publishing NY<br>memo:    prisoners self help litigation manual | 48.95 | | | -1,773.45 |
| 6/22/2004 | | Copies | 3.82 | | | -1,777.27 |
| 6/22/2004 | | Postage | 4.30 | | | -1,781.57 |
| 6/28/2004 | | Telephone Pre-payment  to Prisoner's Ph. ... | 58.00 | | | -1,839.57 |
| 6/29/2004 | | Postage | 13.65 | | | -1,853.22 |
| 7/2/2004 | | Copies | 3.95 | | | -1,857.17 |
| 7/2/2004 | | Postage | 9.43 | | | -1,866.60 |
| 7/6/2004 | | Correctional Billing Service  (more Pre-pay...<br>cat:    Utilities:Telephone<br>memo:    each call = $10.00 after taxes | 120.00 | | | -1,986.60 |
| 7/6/2004 | | Postage | 9.43 | | | -1,996.03 |
| 7/7/2004 | | Postage | 13.65 | | | -2,009.68 |
| 7/9/2004 | | Postage | 4.30 | | | -2,013.98 |
| 7/9/2004 | | PACER Quarterly Billing (automatic credit ...<br>memo:    225 transactions/861 total pages | 60.27 | | | -2,074.25 |
| 7/12/2004 | | Correctional Billing Service  (more Pre-pay... | 108.00 | | | -2,182.25 |
| 7/12/2004 | | Postage | 13.65 | | | -2,195.90 |
| 7/14/2004 | | Postage | 4.30 | | | -2,200.20 |
| 7/15/2004 | | Copies | 15.38 | | | -2,215.58 |
| 7/18/2004 | | Land Contract Pmt.<br>memo:    for July 04 | 194.14 | | | -2,409.72 |
| 7/19/2004 | | Postage | 10.50 | | | -2,420.22 |
| 7/22/2004 | | Postage | 15.54 | | | -2,435.76 |
| 7/26/2004 | | Copies .42 Postage  14.48 | 14.90 | | | -2,450.66 |
| 7/27/2004 | | Copies .4.54 Postage 1.85 | 6.39 | | | -2,457.05 |
| 7/29/2004 | | Western Union Money Sent To Steve<br>memo:    includes 16.00 processing fee | 166.00 | | | -2,623.05 |
| 8/4/2004 | | Western Union Money Sent To Steve<br>memo:    includes 16.00 processing fee | 166.00 | | | -2,789.05 |

Register

Steve McGee                                                           Page 3
8/7/2007

| Date | Num | Transaction | Spend | C | Receive | Balance |
|---|---|---|---|---|---|---|
| 8/5/2004 | | Postage | 13.65 | | | -2,802.70 |
| 8/11/2004 | | Copies and File Folder | 24.68 | | | -2,827.38 |
| 8/11/2004 | | Postage | 10.25 | | | -2,837.63 |
| 8/16/2004 | | Postage | 2.21 | | | -2,839.84 |
| 8/18/2004 | | Land Contract Pmt. memo:    for Aug. 04 | 194.14 | | | -3,033.98 |
| 8/18/2004 | | Postage | 2.30 | | | -3,036.28 |
| 8/22/2004 | | Western Union Money Sent To Steve memo:    includes 16.00 processing fee | 166.00 | | | -3,202.28 |
| 8/30/2004 | | Postage | 5.36 | | | -3,207.64 |
| 9/1/2004 | | Western Union Money Sent To Steve memo:    includes 16.00 processing fee | 166.00 | | | -3,373.64 |
| 9/7/2004 | | Copies | 5.00 | | | -3,378.64 |
| 9/7/2004 | | Postage | 13.65 | | | -3,392.29 |
| 9/20/2004 | | Land Contract Pmt. memo:    for Sept.04 | 194.14 | | | -3,586.43 |
| 9/20/2004 | | Postage | 1.84 | | | -3,588.27 |
| 9/22/2004 | | Copies | 2.75 | | | -3,591.02 |
| 9/23/2004 | | Insurance Premium For 300 Eaet cat:    Insurance | 405.00 | | | -3,996.02 |
| 10/4/2004 | | District Court In Grand Rapids memo:    tape reproduction of May 3rd Sentencing H... | 26.00 | | | -4,022.02 |
| 10/4/2004 | | Postage | 4.19 | | | -4,026.21 |
| 10/8/2004 | | PACER Quarterly Billing (automatic credit ... | 108.57 | | | -4,134.78 |
| 10/15/2004 | | Postage And Copies | 6.55 | | | -4,141.33 |
| 10/19/2004 | | Copies Of 350 Pages From Shekmer memo:    price includes a 10.00 discount card  I used | 22.79 | | | -4,164.12 |
| 10/19/2004 | | Postage | 7.05 | | | -4,171.17 |
| 10/21/2004 | | Land Contract Pmt. | 194.14 | | | -4,365.31 |
| 10/22/2004 | | Postage | 1.29 | | | -4,366.60 |
| 10/22/2004 | | Western Union Money Sent To Steve | 163.95 | | | -4,530.55 |
| 11/1/2004 | | District Court In Grand Rapids memo:    copies of docket entries | 46.50 | | | -4,577.05 |
| 11/2/2004 | | Copies Of 97 Pages From District Court | 6.50 | | | -4,583.55 |
| 11/2/2004 | | Postage | 3.85 | | | -4,587.40 |
| 11/14/2004 | | Western Union Money Sent To Steve | 163.95 | | | -4,751.35 |
| 11/17/2004 | | Deposit memo:    Marlene's check no. 3830 | | | 500.00 | -4,251.35 |
| 11/18/2004 | | Land Contract Pmt. | 194.14 | | | -4,445.49 |
| 11/22/2004 | | Western Union Money Sent To Steve | 163.95 | | | -4,609.44 |
| 11/27/2004 | | Copies    540 Pages memo:    to cca judges | 29.47 | | | -4,638.91 |
| 11/27/2004 | | More Copies To Judges and Lg. Envelopes | 18.47 | | | -4,657.38 |
| 11/30/2004 | | Postage memo:    priority mailing to Judges | 8.35 | | | -4,665.73 |
| 11/30/2004 | | Western Union Money Sent To Steve | 163.95 | | | -4,829.68 |

Register

eve McGee                                                                          Page 4
3/7/2007

| Date | Num | Transaction | Spend | C | Receive | Balance |
|------|-----|-------------|-------|---|---------|---------|
| 12/6/2004 | | Postage | 1.75 | | | -4,831.43 |
| 12/14/2004 | | Western Union Money Sent To Steve | 163.95 | | | -4,995.38 |
| 12/14/2004 | | Land Contract Pmt. | 194.14 | | | -5,189.52 |
| 12/23/2004 | | Copies | 7.94 | | | -5,197.46 |
| 12/23/2004 | | Postage | 8.70 | | | -5,206.16 |
| 12/27/2004 | | Western Union Money Sent To Steve | 163.50 | | | -5,369.66 |
| 12/27/2004 | | Copies | 4.06 | | | -5,373.72 |
| 12/27/2004 | | Postage | 2.12 | | | -5,375.84 |
| 12/28/2004 | | Postage | 1.75 | | | -5,377.59 |
| 1/10/2005 | | Western Union Money Sent To Steve | 163.95 | | | -5,541.54 |
| 1/13/2005 | | Copy Of Booker Decision<br>memo:  124 pgs. | 12.40 | | | -5,553.94 |
| 1/13/2005 | | Postage | 4.30 | | | -5,558.24 |
| 1/21/2005 | | Michael And Dawn Piers<br>cat:  land contract payment for 300 east | 194.14 | | | -5,752.38 |
| 1/21/2005 | | PACER Quarterly Billing (automatic credit ... | 39.34 | | | -5,791.72 |
| 1/21/2005 | | Office Max<br>memo:  binders, paper, sheet protectors | 13.06 | | | -5,804.78 |
| 1/21/2005 | | Office Max<br>memo:  copies for 04-1406 exhibits | 44.92 | | | -5,849.70 |
| 1/22/2005 | | Postage  Sent Exhibits To CCA And Shek... | 15.15 | | | -5,864.85 |
| 1/24/2005 | | Western Union Money Sent To Steve | 163.95 | | | -6,028.80 |
| 2/2/2005 | | Postage<br>memo:  sent title to  Dodge Van to Patty Daniels | 4.30 | | | -6,033.10 |
| 2/6/2005 | | Western Union Money Sent To Steve | 163.95 | | | -6,197.05 |
| 2/7/2005 | | Copies<br>memo:  04-1406 exhibits sent to Melvin Houston | 5.91 | | | -6,202.96 |
| 2/7/2005 | | Postage<br>memo:  documents sent to Attorney Houston | 6.38 | | | -6,209.34 |
| 2/15/2005 | | Land Contract Pmt. | 194.14 | | | -6,403.48 |
| 2/21/2005 | | Western Union Money Sent To Steve | 163.95 | | | -6,567.43 |
| 2/21/2005 | | Copies | 19.72 | | | -6,587.15 |
| 2/22/2005 | | Copies | 101.00 | | | -6,688.15 |
| 2/22/2005 | | Postage | 27.97 | | | -6,716.12 |
| 3/15/2005 | | Copies   574 Pages | 42.59 | | | -6,758.71 |
| 3/16/2005 | | Postage | 16.40 | | | -6,775.11 |
| 3/18/2005 | | Land Contract Pmt. | 194.14 | | | -6,969.25 |
| 3/22/2005 | | Postage | 5.13 | | | -6,974.38 |
| 4/2/2005 | | Western Union Money Sent To Steve | 163.95 | | | -7,138.33 |
| 4/4/2005 | | Civil Case Appeal Filing Fee | 255.00 | | | -7,393.33 |
| 4/5/2005 | | PACER Quarterly Billing (automatic credit ... | 32.24 | | | -7,425.57 |
| 4/15/2005 | | Copies  To Atty. Grievance Commission | 35.55 | | | -7,461.12 |
| 4/16/2005 | | Postage<br>memo:  atty. grievance | 7.80 | | | -7,468.92 |
| 4/17/2005 | | Land Contract Pmt. | 194.14 | | | -7,663.06 |

# Register

Page 5

Steve McGee
8/7/2007

| Date | Num | Transaction | Spend | C | Receive | Balance |
|------|-----|-------------|-------|---|---------|---------|
| 4/23/2005 | | Western Union Money Sent To Steve | 163.95 | | | -7,827.01 |
| 4/25/2005 | | Money From Marlene For Steve<br>cat:    Cash | | | 500.00 | -7,327.01 |
| 4/25/2005 | | Money From Real Estate Sale In Indiana<br>cat:    Cash | | | 5,661.15 | -1,665.86 |
| 4/25/2005 | | Fuel | 24.00 | | | -1,689.86 |
| 4/28/2005 | | Returned Check From Mike Piers | | | 194.14 | -1,495.72 |
| 5/2/2005 | | Copies<br>memo:    judicial complaint | 131.74 | | | -1,627.46 |
| 5/2/2005 | | Postage | 19.45 | | | -1,646.91 |
| 5/3/2005 | | Western Union Money Sent To Steve | 163.95 | | | -1,810.86 |
| 5/3/2005 | | Cash Advance Fee For Monies Sent To St...<br>cat:    Cash | 22.84 | | | -1,833.70 |
| 5/11/2005 | | Cshiers Check Sent To F.B.O.P.for Steve | 500.00 | | | -2,333.70 |
| 5/11/2005 | | Postage | 4.30 | | | -2,338.00 |
| 5/18/2005 | | Western Union Money Sent To Steve | 111.95 | | | -2,449.95 |
| 5/24/2005 | | Refund Of Ins. Premium On 300 E. Property | | | 162.00 | -2,287.95 |
| 5/26/2005 | | Cash Advance Fee For Monies Sent To St...<br>cat:    Cash | 22.74 | | | -2,310.69 |
| 6/6/2005 | | Copies And Binders For 04-1706 Supp. Bri... | 100.00 | | | -2,410.69 |
| 6/6/2005 | | Postage to Send Exhibits To CCA And Sh...<br>memo:    supp. brief exhibits | 17.25 | | | -2,427.94 |
| 6/15/2005 | | Postage | 2.21 | | | -2,430.15 |
| 6/30/2005 | | Evercom Systems Refund Of Prepaid Tele...<br>cat:    Refund | | | 61.38 | -2,368.77 |
| 7/1/2005 | | PACER Quarterly Billing (automatic credit ... | 34.32 | | | -2,403.09 |
| 7/11/2005 | | Money Order Mailed To FBOP For  Steve's...<br>cat:    Cash | 305.20 | | | -2,708.29 |
| 7/29/2005 | | Copies  and Binders for 04-2503 Civil Case | 27.44 | | | -2,735.73 |
| 7/29/2005 | | Postage   Sent Briefs To CCA In Case No. ... | 7.80 | | | -2,743.53 |
| 8/3/2005 | | 2 Checks To G.R. Clerk For 5/3/04 & 5/20/... | 52.00 | | | -2,795.53 |
| 8/3/2005 | | Postage | 9.99 | | | -2,805.52 |
| 8/4/2005 | | Postage | 3.36 | | | -2,808.88 |
| 8/5/2005 | | Postage | 1.11 | | | -2,809.99 |
| 8/10/2005 | | Money Order Mailed To FBOP For  Steve's...<br>cat:    Cash | 205.20 | | | -3,015.19 |
| 8/10/2005 | | Copies and Postage To Judge Quist | 6.95 | | | -3,022.14 |
| 8/29/2005 | | Money Order Mailed To FBOP For  Steve's...<br>cat:    Cash | 302.56 | | | -3,324.70 |
| 9/15/2005 | | Checks Returned From Dist. Ct. NOT CAS...<br>cat:    Refund | | | 52.00 | -3,272.70 |
| 9/16/2005 | | Copies Of Mandamus For 04-1406,1706,2... | 56.60 | | | -3,329.30 |
| 9/20/2005 | | Postage | 15.66 | | | -3,344.96 |
| 9/27/2005 | | Money Order Mailed To FBOP For  Steve's...<br>cat:    Cash | 300.90 | | | -3,645.86 |
| 9/27/2005 | | Postage  (Stamps And Mailing) | 11.70 | | | -3,657.56 |
| 10/5/2005 | | PACER Quarterly Billing (automatic credit ... | 22.24 | | | -3,679.80 |

Register

Page 6

Steve McGee
8/7/2007

| Date | Num | Transaction | Spend | C | Receive | Balance |
|---|---|---|---|---|---|---|
| | | | | | | -3,691.14 |
| 10/13/2005 | | Copies | 11.34 | | | -3,712.75 |
| 10/25/2005 | | Copies | 21.61 | | | -3,728.60 |
| 10/25/2005 | | Postage | 15.85 | | | -3,779.50 |
| 11/2/2005 | | Money Order Mailed To FBOP For Steve's... | 50.90 | | | -3,851.30 |
| 11/17/2005 | | Money Order Mailed To FBOP For Steve's... memo:    and Ron Fischer | 71.80 | | | -4,063.30 |
| 11/19/2005 | | Copies | 212.00 | | | -4,092.23 |
| 11/28/2005 | | Binders For 04-2503 Appendix | 28.93 | | | -4,137.38 |
| 11/28/2005 | | Postage | 45.15 | | | -4,162.48 |
| 11/29/2005 | | Money Order Mailed To FBOP For Steve's... | 25.10 | | | -4,204.65 |
| 12/5/2005 | | Money Order Mailed To FBOP For Steve's... | 42.17 | | | -4,243.66 |
| 12/6/2005 | | Copies memo:    04-2503 reply brief (5 copies) | 39.01 | | | -4,253.55 |
| 12/6/2005 | | Postage | 9.89 | | | -4,261.64 |
| 12/28/2005 | | Postage | 8.09 | | | -4,294.04 |
| 1/6/2006 | | PACER Quarterly Billing (automatic credit ... | 32.40 | | | -4,300.94 |
| 1/12/2006 | | Postage | 6.90 | | | -4,308.89 |
| 1/20/2006 | | Postage | 7.95 | | | -4,509.84 |
| 1/24/2006 | | Money Order Mailed To FBOP For Steve's... | 200.95 | | | -4,512.89 |
| 1/27/2006 | | Copies And Postage | 3.05 | | | -4,522.97 |
| 2/8/2006 | | Copies And Postage | 10.08 | | | -4,723.97 |
| 2/23/2006 | | Money Order Mailed To FBOP For Steve's... | 201.00 | | | -4,741.93 |
| 3/8/2006 | | Copies Of 04-1706 Exhibits And 04-2003 ... | 17.96 | | | -4,749.88 |
| 3/8/2006 | | Postage  To Send Copies To Steve | 7.95 | | | -4,758.93 |
| 3/12/2006 | | Copies | 9.05 | | | -4,767.57 |
| 3/13/2006 | | Postage | 8.64 | | | -4,767.57 |
| 3/16/2006 | | Money Order Mailed To FBOP For Steve's... | 200.95 | | | -4,968.52 |
| 3/16/2006 | | Postage | 7.95 | | | -4,976.47 |
| 3/20/2006 | | Postage | 3.15 | | | -4,979.62 |
| 3/23/2006 | | PACER Quarterly Billing (automatic credit ... | 34.00 | | | -5,013.62 |
| 4/6/2006 | | Money Order Mailed To FBOP For Steve's... | 201.00 | | | -5,214.62 |
| 4/13/2006 | | Postage | 1.35 | | | -5,215.97 |
| 4/18/2006 | | Postage | 0.63 | | | -5,216.60 |
| 4/29/2006 | | Postage | 1.35 | | | -5,217.95 |
| 5/3/2006 | | Money Order Mailed To FBOP For Steve's... | 201.00 | | | -5,418.95 |
| 5/5/2006 | | Postage | 0.60 | | | -5,419.55 |
| 5/5/2006 | | Copies   169 Pgs. 04-1706 Suppl Brief | 14.33 | | | -5,433.88 |
| 5/8/2006 | | Postage   Sent final Brief In 04-1706 | 5.50 | | | -5,439.38 |
| 5/9/2006 | | Postage | 0.63 | | | -5,440.01 |
| 5/17/2006 | | Postage | 5.12 | | | -5,445.13 |
| 5/23/2006 | | Postage | 15.97 | | | -5,461.10 |
| 5/24/2006 | | Postage | 51.00 | | | -5,512.10 |
| 6/16/2006 | | Money Order Mailed To FBOP For Steve's... | | | | |

Register

Steve McGee

8/7/2007

| Date | Num | Transaction | Spend | C | Receive | Balance |
|---|---|---|---|---|---|---|
| | | | | | | -5,563.10 |
| 6/30/2006 | | Money Order Mailed To FBOP For Steve's... | 51.00 | | | -5,593.58 |
| 7/10/2006 | | PACER Quarterly Billing (automatic credit ... | 30.48 | | | -5,694.58 |
| 7/12/2006 | | Money Order Mailed To FBOP For Steve's... | 101.00 | | | -5,720.58 |
| 7/18/2006 | | District Court<br>memo:    copy of tape from 6/8/01 hearing | 26.00 | | | -5,804.25 |
| 7/19/2006 | | Office Max<br>memo:    6 copies of 04-1406 final brief | 83.67 | | | -5,824.20 |
| 7/20/2006 | | Postage Sent Final BriefTo CCA In Case ...<br>memo:    4 copies to court 1 to shekmer | 19.95 | | | -5,925.20 |
| 7/21/2006 | | Money Order Mailed To FBOP For Steve's... | 101.00 | | | -6,026.20 |
| 8/7/2006 | | Money Order Mailed To FBOP For Steve's... | 101.00 | | | -6,106.42 |
| 8/7/2006 | | Office Max<br>memo:    copies for help agencies attorneys | 80.22 | | | -6,123.63 |
| 8/10/2006 | | Office Max<br>memo:    copies for help agencies attorneys | 17.21 | | | -6,214.11 |
| 8/11/2006 | | Postage | 90.48 | | | -6,219.61 |
| 8/12/2006 | | Postage<br>memo:    5 copies of 05-2207  reply brief to COA | 5.50 | | | -6,320.61 |
| 8/21/2006 | | Money Order Mailed To FBOP For Steve's... | 101.00 | | | -6,359.61 |
| 8/31/2006 | | Clerk US Court Of Appeals | 39.00 | | | -6,369.37 |
| 8/31/2006 | | Copies and Postage | 9.76 | | | -6,470.37 |
| 9/11/2006 | | Money Order Mailed To FBOP For Steve's... | 101.00 | | | -6,480.45 |
| 9/11/2006 | | Copies and Postage | 10.08 | | | -6,518.79 |
| 9/19/2006 | | Copies<br>memo:    04-2503 briefs and appx. to Supreme Court | 38.34 | | | -6,529.64 |
| 9/21/2006 | | Postage<br>memo:    send 04-2503 doc's. to Supreme Court | 10.85 | | | -6,630.54 |
| 10/10/2006 | | Money Order Mailed To FBOP For Steve's... | 100.90 | | | -6,662.30 |
| 10/11/2006 | | PACER Quarterly Billing (automatic credit ... | 31.76 | | | -6,763.30 |
| 10/18/2006 | | Money Order Mailed To FBOP For Steve's... | 101.00 | | | -6,773.20 |
| 10/23/2006 | | Copies From Law Library | 9.90 | | | -6,778.50 |
| 10/23/2006 | | Postage<br>memo:    priority mail of case law sent to Steve | 5.30 | | | -6,787.60 |
| 10/31/2006 | | Postage<br>memo:    priority mails to GR (audio tapes) | 9.10 | | | -6,888.60 |
| 11/2/2006 | | Money Order Mailed To FBOP For Steve's... | 101.00 | | | -6,989.60 |
| 11/15/2006 | | Money Order Mailed To FBOP For Steve's... | 101.00 | | | -7,047.97 |
| 11/22/2006 | | Copies For Supreme Court And Responde...<br>memo:    and large envelopes for mailings | 58.37 | | | -7,076.17 |
| 11/22/2006 | | Postage To Supreme Court And Responde... | 28.20 | | | -7,134.77 |
| 11/26/2006 | | Copies<br>memo:    house judicary,gov't reform, FBI, newspap... | 58.60 | | | -7,145.37 |
| 11/28/2006 | | Postage<br>memo:    house judicary,gov't reform, | 10.60 | | | -7,246.37 |
| 11/29/2006 | | Money Order Mailed To FBOP For Steve's... | 101.00 | | | -7,272.37 |
| 12/4/2006 | | Clerk US Court Of Appeals<br>memo:    fee to retrieve 04-1706 file from sub-base... | 26.00 | | | |

Register

Page 8

Steve McGee
8/7/2007

| Date | Num | Transaction | Spend | C | Receive | Balance |
|---|---|---|---|---|---|---|
| | | | | | | -7,373.37 |
| 12/13/2006 | | Money Order Mailed To FBOP For Steve's... | 101.00 | | | -7,378.30 |
| 12/14/2006 | | Copies memo:    court decisions and postage | 4.93 | | | -7,479.30 |
| 1/3/2007 | | Money Order Mailed To FBOP For Steve's... | 101.00 | | | -7,495.41 |
| 1/9/2007 | | Copies memo:    petition for rehearing Supreme Ct. 06-7295 | 16.11 | | | -7,498.39 |
| 1/10/2007 | | Copies | 2.98 | | | -7,511.70 |
| 1/10/2007 | | Postage | 13.31 | | | -7,537.30 |
| 1/10/2007 | | PACER Quarterly Billing (automatic credit ... | 25.60 | | | -7,638.77 |
| 1/18/2007 | | Money Order Mailed To FBOP For Steve's... | 101.47 | | | -7,641.87 |
| 1/26/2007 | | Copies | 3.10 | | | -7,647.17 |
| 1/26/2007 | | Postage | 5.30 | | | -7,748.17 |
| 2/8/2007 | | Money Order Mailed To FBOP For Steve's... | 101.00 | | | -7,860.49 |
| 2/10/2007 | | Copies And Binders For Supreme Ct. 06-8... | 112.32 | | | -7,882.14 |
| 2/27/2007 | | Postage And Insurance Of Copies To Supr... | 21.65 | | | -7,983.14 |
| 3/2/2007 | | Money Order Mailed To FBOP For Steve's... | 101.00 | | | -7,989.49 |
| 3/5/2007 | | Copies  04-2003,05,05-2198 Exhibits For ... | 6.35 | | | -7,994.79 |
| 3/7/2007 | | Copies  04-2003,05,05-2198 Exhibits For ... | 5.30 | | | -8,002.74 |
| 3/7/2007 | | Postage to Send Exhibits To Supreme Ct. ... | 7.95 | | | -8,051.74 |
| 3/16/2007 | | Filing Fees With Register Of Deeds (Stadi... memo:    recission of contract in pais and affidavit | 49.00 | | | -8,152.74 |
| 3/22/2007 | | Money Order Mailed To FBOP For Steve's... | 101.00 | | | -8,167.05 |
| 3/22/2007 | | 4 Certified Copies Of Reg. Of Deeds Docs.... | 14.31 | | | -8,183.85 |
| 4/5/2007 | | PACER Quarterly Billing (automatic credit ... | 16.80 | | | -8,334.85 |
| 4/10/2007 | | Money Order Mailed To FBOP For Steve's... | 151.00 | | | -8,350.43 |
| 4/10/2007 | | Copies To Sent To Supreme Court | 15.58 | | | -8,359.03 |
| 4/13/2007 | | Postage To Send Briefs And Appendix To ... | 8.60 | | | -8,379.03 |
| 4/13/2007 | | Duplcate Title To Dodge Van cat:    Auto | 20.00 | | | -8,390.13 |
| 5/4/2007 | | Pass Thru Photos At Office Max | 11.10 | | | -8,395.33 |
| 5/5/2007 | | Copies Of Affidavit For Photos To Suprem... | 5.20 | | | -8,496.33 |
| 5/5/2007 | | Money Order Mailed To FBOP For Steve's... | 101.00 | | | -8,505.24 |
| 5/5/2007 | | Postage To Mail To Sup. Ct. And Respond... | 8.91 | | | -8,607.28 |
| 5/25/2007 | | Money Order Mailed To FBOP For Steve's... | 102.04 | | | -8,709.32 |
| 6/14/2007 | | Money Order Mailed To FBOP For Steve's... | 102.04 | | | -8,725.00 |
| 6/20/2007 | | Copies  To Supreme Court | 15.68 | | | -8,734.00 |
| 6/21/2007 | | Postage  To Send Supreme Ct. Copies | 9.00 | | | -8,835.05 |
| 7/31/2007 | | Money Order Mailed To FBOP For Steve's... | 101.05 | | | |

.-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Unit Manager Tollackson | August 27, 2007 |
| FROM: | REGISTER NO.: |
| Steven A. McGee | 10511-040 |
| WORK ASSIGNMENT: | UNIT: |
| Hosp. Orderly | Brady A. |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)   Pursuant to your express directions of Aug.12, 2007, I am submitting this request
for copies of my legal work that are urgently needed for contemplated filings in Federal
Court, or to serve Government agencies and Defendants. First, I need two copies of my Petition
For Mitigation of Forfeiture or Restoration of Property & Attached Appendix, which I filed
pursuant to 21 USC § 853 with the U.S. Attorney's Office in Grand Rapids, [See Ex.A, Letter
from U.S. Attorney Chiara], to serve on the DEA and the U.S. Marshals. A copy is needed for
both the DEA & U.S. Marshals as it is a matter of dispute as to who was actually the "seizing
agency."... The Petitions For Mitigation of Forfeiture total 20 pages, and the Appendix of
Exhibits is **57** pages, totalling (x2) **154** pages. I also need to make copies of a Petition and
Suit For Declaratory Judgment and Attached Appendix of Exhibits which I have finished
drafting to file in U.S. District Court. The Petition For Declaratory Judgment is **70** pages,
the  Attached Appendix of Exhibits is approximately **195** pages , and the Application To Proceed
In Forma Pauperis with Attached Affidavit and inmate account statement is **16** pages. I need to
make a copy for the U.S. District Court and one for each of three Defendants, totalling about
**1076** pages.... I also will need copies of a civil suit and attached appendix being drafted to
file in Federal court involving exhausted tort claims under the Federal Tort Claims Act
28 USC 1346(b), for which I have a deadline of mid-September 2007.... Even without the FTCA
lawsuit, the total number of copies already needed totals  **2,230** which would cost **$334.50**
at $.15 a copy. As you have been previously informed, (Aug.12, 2007), I have been placed on
a "FRP refusal" commissary restriction of $25.00 a month, which includes copy credits, and
[See Continuation Page]
(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                This form replaces BP-148.070 dated Oct 86
                                                    and BP-S148.070 APR 94



could not possibly pay for the number of copies needed even if I spent the entire monthly allotment of $25.00 on copies and bought nothing else with the money.

In regard to the policy which you announced in the UNIT Team Office on Aug. 12, 2007; that the Brady Unit copier could no longer be used to make legal copies for inmates and paid for by BOP requisition forms from inmate's accounts, as was the previous practice under the specific directions of former Brady Unit Manager Furman, the applicable Code of Federal Regulations 28 CFR § 543.11(g) [Attch.**Ex.B**] clearly states that prison staff **shall** make copies of documents for inmates when needed for legal filings. I should also point out that I was declared indigent by the U.S. District Court in Western Michigan in case #1:01-CR-122 [R.#99], and all the money deposited in my inmate account has been **borrowed**, and eventually <u>must be repaid.</u> *

<u>There is no reason</u> that, having been declared indigent by a Federal court, <u>that I should have to continue borrowing money to pay for my legal expenses,</u> including stamps and copies, which costs should legally be being paid by the BOP. I am therefore requesting you to authorize Brady Unit Team members to make the requested copies needed of my legal work <u>free of charge</u>, and to approve the disbursement of the stamps needed to pay the postage to mail my legal documents by certified mail.

Sincerely,
Steven A. McGee

*Steven A McGee*

* Attached Exhibit **C** is an Affidavit In Support of Application to Proceed In Forma Pauperis, Regarding Funds Deposited In Inmate Trust Account with attached financial statement.

NAME: MCGEE, Steven
Reg. No.: 10511-040
Unit: Brady-A 501L
Page 1

### Inmate Request to Staff Member Response

This is in response to your Inmate Request to Staff Member wherein you request 2,230 copies of legal mail at a cost of .15¢ for a total of $334.50 at the governments expense. You also state that you should not have to continue to borrow money for legal expenses and that the Bureau of Prison should make these copies along with providing postage stamps for the mailing of your legal work "free of charge".

A review of your trust fund account shows you currently have a balance of $118.35 in your account. You have received a total of $885.80 from February through August 27, 2007. You have used $664.20 during that time on telephone credits and sales in the commissary (including copy debits).

On May 8, 2007, you requested through unit staff to stop participating in the Financial Responsibility Program (FRP) which was set-up for you to pay your court imposed fines and restitution. Your decision to go into FRP Refuse status subjected you to certain sanctions, one of which is you can only receive $5.25 a month for working at your assigned job. See 28 C.F.R. § 545.11. Because you get money from an outside resource and are receiving work money from your job assignment, you are not considered indigent. The prior court order that permitted you to proceed as a pauper is irrelevant to your current status at L.S.C.I. Allenwood.

You also reference 28 CFR § 543.11, sec.(g) in your argument, however you fail to mention that this section also states that duplication shall be done so as not to interfere with regular institution operations and that duplications should be minimal and not large or excessive.

Based on the above information, I will not authorize copies to be made from a staff copier or the issuance of stamps reserved for indigent inmates. I would suggest that you prioritize your expenditures to ensure all your legal and personal needs are addressed in a timely manner. Also, local copier vendors in the community charge .04 -.06¢ per copy for items needing over 2,000 copies. I would suggest that you look into this possibility to preserve your resources.

I trust this response has adequately addressed your concerns.

Date 8/31/07

A.D. Tollackson
Brady/Gregg Unit Manager

# EXHIBIT

# B

Pt. 543

28 CFR Ch. V (7-1-06 Edition)

## PART 543—LEGAL MATTERS

**Subpart A [Reserved]**

**Subpart B—Inmate Legal Activities**

Sec.
543.10 Purpose and scope
543.11 Legal research and preparation of legal documents
543.12 Retention of attorneys.
543.13 Visits by attorneys.
543.14 Limitation or denial of attorney visits and correspondence.
543.15 Legal aid program
543.16 Other paralegals, clerks, and legal assistants.

**Subpart C—Federal Tort Claims Act**

543.30 Purpose and scope.
543.31 Filing a claim.
543.32 Processing the claim

AUTHORITY: 5 U.S.C. 301; 18 U.S.C. 3621, 3622, 3624, 4001, 4042, 4081, 4082 [Repealed in part as to offenses committed on or after November 1, 1987], 5006–5024 [Repealed October 12, 1984 as to Offenses committed after that date], 5039; 28 U.S.C. 509, 510, 1346(b), 2671–80; 28 CFR 0.95–0.99, 0.172, 14.1–11.

### Subpart A [Reserved]

### Subpart B—Inmate Legal Activities

SOURCE: 44 FR 38263, June 29, 1979, unless otherwise noted.

§ 543.10  Purpose and scope.

The Bureau of Prisons affords an inmate reasonable access to legal materials and counsel, and an opportunity to prepare legal documents. The Warden shall establish an inmate law library, and procedures for access to legal reference materials and to legal counsel, and for preparation of legal documents.

[46 FR 35609, Dec. 4, 1981]

§ 543.11  Legal research and preparation of legal documents.

(a) The Warden shall make materials in the inmate law library available whenever practical, including evening and weekend hours. The Warden shall allow an inmate a reasonable amount of time, ordinarily during the inmate's leisure time (that is, when the inmate is not participating in a scheduled program or work assignment), to do legal research and to prepare legal documents. Where practical, the Warden shall allow preparation of documents in living quarters during the inmate's leisure time.

(b) The Warden shall periodically ensure that materials in each inmate law library are kept intact and that lost or damaged materials are replaced.

(c) Staff shall advise an inmate of the rules and local procedures governing use of the inmate law library. Unauthorized possession of library materials by an inmate constitutes a prohibited act, generally involving a disciplinary action (see part 541 of this chapter).

(d) An inmate's legal material include but are not limited to the inmate's pleadings and documents (such as a brief) filed in court or with another judicial or administrative body, drafts of pleadings to be submitted by the inmate to a court or with other judicial or administrative body which contain the inmate's name, case caption, or prominently displayed on the first page, documents pertaining to the inmate's administrative case, photocopies of legal reference materials, and legal reference materials which are not available in the law library or other designated location in the main law library (or basic law library in a satellite camp).

(1) An inmate may solicit or possess legal materials from outside the institution. The inmate may receive the legal materials (in accordance with the provisions on incoming mail in subparts B and F) or through an authorized attorney visit from a retained attorney. The legal materials are subject to inspection and may be read or copied unless they are properly sent via an authorized attorney visit from a retained attorney or are properly sent as special mail (for example, mail from a court or from an attorney), in which case they may be inspected for contraband or for the physical quality of the mail but shall not qualify as special mail.

(2) Staff may allow an inmate to possess those legal materials which are necessary for the inmate's own legal actions. Staff may also allow an inmate to possess legal materials of another inmate subject to the limitations of paragraph (f)(2) of this section.

(2) Except as provided for in paragraph (f)(4) of this section, an inmate may possess another inmate's legal materials while assisting the other inmate in the institution's main law library and in another location if the Warden so designates.

(i) The assisting inmate may not remove another inmate's legal materials, including copies of legal materials, from the law library or other designated location. An assisting inmate is permitted to make handwritten notes and to remove those notes from the library or other designated location. The notes do not contain a case caption or the name(s) of any inmate(s). The assisting inmate may also develop and possess handwritten drafts of pleadings, so long as the draft pleadings do not contain a case caption or prominently title or the name(s) of any inmate(s). These notes and drafts are not considered to be the assisting inmate's legal property, and when the assisting inmate has these documents outside the law library, they are subject to the property limitations in § 553.11(a) of this chapter.

(ii) Although the inmate being assisted need not remain present in the law library or other designated location while the assistance is being rendered, that inmate is being responsible for providing and retrieving his or her legal materials from the library or other designated location. Ordinarily, the inmate must provide and retrieve his or her legal materials during his leisure time. An inmate with an imminent court deadline may request a brief absence from a scheduled program or work assignment in order to provide or retrieve legal materials from an assisting inmate.

(3) The Warden may give special consideration to the legal needs of inmates in mental health seclusion status in federal medical centers or in institutions in controlled housing.

(4) The Warden or any institution may impose limitations on an inmate's assistance to another inmate in the interest of institution security, good order, or discipline.

(g) The institution staff shall, upon an inmate's request and at its own scheduled by staff, duplicate legal documents if the inmate demonstrates that more than one copy must be submitted to court and that the duplication cannot be accomplished by use of carbon paper. The inmate shall bear the cost, and the duplication shall be done so as not to interfere with regular institution operations. Staff may waive the cost if the inmate is without funds or if the material to be duplicated is minimal but duplication for excessive duplication are not likely.

(h) Unless clearly impractical, the Warden shall allow an inmate preparing legal documents to use a typewriter, or, if the inmate cannot type, to have an inmate type his documents. The inmate may allow the inmate to hire a public stenographer to type documents outside the institution, so long as the institution may not assume the expense of hiring the public stenographer and shall advise the inmate of any delay the typing which they have received notice from the stenographer.

(i) With consideration to the needs of other inmates and the availability of staff and other resources, the Warden shall provide an inmate confined in disciplinary segregation or administrative

620

621