FILED
OCT 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Steven A. McGee, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07 1923 |
| United States *et al.*, | ) |
| Defendants. | ) |

TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a federal prisoner confined in White Deer, Pennsylvania. He sues more than 30 defendants who allegedly played a role in the government's criminal investigation and prosecution of him in the Western District of Michigan and the forfeiture of his real property in Kalamazoo, Michigan. Although the complaint includes allegations of constitutional violations, it is brought under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680. *See* Compl. Caption & Exs. C, D.

The FTCA requires that "[a]ny civil action on a tort claim against the United States . . . be prosecuted only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred." 28 U.S.C. § 1402(b). Moreover, under the general venue provisions governing federal court actions, this Court is improper for litigating the constitutional claims because the District of Columbia is not the site of the alleged wrongdoing. See 28 U.S.C. § 1391(b)(2) (designating the proper venue under the circumstances presented as the location

where a substantial part of the events giving rise to the claim occurred "or a substantial part of [the subject property] is situated").

Plaintiff admits that "the alleged tortious acts" by federal law enforcement and judicial officers occurred in Michigan, Compl. at 7-8, which is also where the alleged forfeited property and the defendants directly implicated in the alleged misdeeds are located. The Court therefore finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 19th day of October 2007,

ORDERED that pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Western District of Michigan. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

_____
United States District Judge