# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5376**                                    **September Term, 2007**

07cv01923

**Filed On: February 5, 2008**

[1097223]

In re: Steven A. McGee,
      Petitioner

**BEFORE:**   Ginsburg, Chief Judge, and Randolph and Tatel, Circuit Judges

## ORDER

Upon consideration of the notice of appeal, which the court construes as a petition for writ of mandamus; the motion for leave to proceed in forma pauperis; the motion to hold in abeyance; and the memorandum of law, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the motion to hold in abeyance pending a decision of the Supreme Court concerning McGee's petition for writ of certiorari be denied. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. Petitioner's notice of appeal was construed as a mandamus petition because a district court order transferring a case to another district is not an appealable order, and the proper means for contesting such an order is a petition for writ of mandamus filed in this court. See Hill v. Henderson, 195 F.3d 671, 676 (D.C. Cir. 1999); D.C. Circuit Handbook of Practice and Internal Procedure 18 (2007). The district court did not abuse its discretion in transferring petitioner's case to the Western District of Michigan. See In re Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam). Venue is proper in that judicial district, where a substantial part of the events or omissions giving rise to the claims occurred. See 28 U.S.C. § 1391.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

Case 1:07-cv-01923-UNA    Document 7    Filed 02/15/2008    Page 2 of 2